# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 15-cr-00250-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STEVEN FERGUSON,

    Defendant.

___

### ORDER SETTING TRIAL DATES AND DEADLINES
___

This matter has been scheduled for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **August 31, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **July 20, 2015** and responses to these motions shall be filed by **July 27, 2015**. It is further

ORDERED that a Trial Preparation Conference is set for **August 20, 2015 at 1:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 9th day of July, 2015.

                            BY THE COURT:

                            RAYMOND P. MOORE
                            United States District Judge